

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 26, 2019

**BY HAND**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Douglas Latchford,*
            **19 Cr. 748**

Dear Judge Lehrburger:

    On October 17, 2019, a grand jury sitting in this District returned the above-referenced sealed indictment. The Government respectfully moves for the above indictment and arrest warrant for Douglas Latchford to be unsealed.

                                        Respectfully submitted,

                                        GEOFFREY S. BERMAN
                                        United States Attorney for the
                                        Southern District of New York

                         By:_____
                            Jessica Feinstein
                            Assistant United States Attorney
                            (212) 637-1946

SO ORDERED.

THE HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK