

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2020

**BY ECF & ELECTRONIC MAIL**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:   *United States v. Douglas Latchford*, 19 Cr. 748 (AT)

Dear Judge Torres:

      The Government writes respectfully to request that the Court enter the attached *nolle prosequi* dismissing the Indictment in the above-referenced criminal matter.  As set forth in the proposed order, the Indictment charging the defendant, Douglas Latchford, was unsealed and assigned to this Court on November 26, 2019.  Latchford, a foreign citizen, remained at large until his death on August 2, 2020, in Thailand.  In light of the defendant's death prior to a final judgment, and in accord with the rule of abatement, the Government therefore respectfully requests that the Court grant the attached *nolle prosequi* and dismiss the Indictment.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By: _____
      Jessica Feinstein
      Assistant United States Attorney
      Southern District of New York
      (212) 637-1946