USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                              :    NOLLE PROSEQUI
UNITED STATES OF AMERICA   :
                              :    19 Cr. 748 (AT)
        -v.-               :
                              :
DOUGLAS LATCHFORD,        :
   a/k/a "Pakpong Kriangsak," :
                              :
           Defendant.    :
                              :
- - - - - - - - - - - - - - - - x

       1.    The filing of this <u>nolle prosequi</u> will dispose of this case in its entirety against defendant DOUGLAS LATCHFORD, a/k/a "Pakpong Kriangsak."

       2.    On October 17, 2019, Indictment 19 Cr. 748 (the "Indictment") was filed under seal, charging DOUGLAS LATCHFORD, a/k/a "Pakpong Kriangsak," with (i) one count of wire fraud conspiracy, in violation of Title 18, United States Code, Section 1349; (ii) one count of conspiracy to commit offenses against the United States, in violation of Title 18, United States Code, Section 371; (iii) one count of wire fraud, in violation of Title 18, United States Code, Section 1343; (iv) one count of smuggling, in violation of Title 18, United States Code, Section 545; (v) one count of entry of goods by false statements, in violation of Title 18, United States Code, Section 542; and (vi) one count of aggravated identity theft, in violation of Title 18, United States

1

Code, Section 1028A.

3. On November 26, 2019, the Indictment was unsealed and assigned to the Honorable Analisa Torres. Since the Indictment was unsealed, DOUGLAS LATCHFORD, a/k/a "Pakpong Kriangsak," remained at large, residing in Thailand.

4. On or about August 2, 2020, DOUGLAS LATCHFORD, a/k/a "Pakpong Kriangsak," died while in Thailand. Because LATCHFORD died while this case was pending, and therefore before a final judgment was issued, the Indictment must be dismissed under the rule of abatement. *See United States* v. *Wright*, 160 F.3d 905, 908 (2d Cir. 1998).

4. In light of the foregoing, I recommend that an order of nolle prosequi be filed as to defendant DOUGLAS LATCHFORD, a/k/a "Pakpong Kriangsak."

Dated:    New York, New York
          September 14, 2020

_____
JESSICA K. FEINSTEIN
Assistant United States Attorney
(212) 637-1946

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant DOUGLAS LATCHFORD, a/k/a "Pakpong Kriangsak.".

Dated:    New York, New York
          September 14, 2020

_____
AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

SO ORDERED:

Dated:    New York, New York
          September 16, 2020

_____
ANALISA TORRES
United States District Judge

3